IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02711-WJM-MEH

REGINA CAULEY, individually and on behalf of others similarly situated, and
KATIE MCNARY, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

MILE HIGH REAL ESTATE, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 2, 2013.**

    The Joint Motion to Vacate the January 7, 2013 Scheduling Conference and Corresponding Deadlines [filed December 28, 2012; docket #13] is **granted**. The Scheduling Conference set in this case for January 7, 2013, is hereby **vacated**. The parties shall file dismissal documents on or before January 31, 2013.