IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02711-WJM-MEH

REGINA CAULEY, individually and on behalf of others similarly situated, and
KATIE MCNARY, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

MILE HIGH REAL ESTATE, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2013.**

      Plaintiffs' Motion for Leave to Amend Complaint to Join Parties [filed March 12, 2013; docket #25] is **denied without prejudice** for two reasons. First, the Motion is untimely. The Court observes that the deadline for joinder of parties and amendment of pleadings expired on March 11, 2013. *See* docket #20, 6. However, Plaintiffs have not sought leave to amend the Scheduling Order or shown good cause to do so. The Certificate of Conferral indicates that, notwithstanding an email on February 13, 2013, Plaintiffs' counsel did not make additional attempts to confer until March 12, 2013, a day after the deadline expired. Thus, the Court finds that the untimeliness of the Motion is not attributable to Defendant and the Plaintiffs must show good cause to amend the deadline.

      Second, Plaintiffs' Motion does not comply fully with D.C. Colo. LCivR 7.1A. In particular, the Court is not satisfied that counsel's efforts to confer on the day of filing constitute a good-faith effort to obtain Defendant's position before seeking relief from the Court.